

**SO ORDERED.**

**SIGNED this 21 day of August, 2019.**

*Stephani W. Humrickhouse*
_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 19-03350-5-SWH |
| ERNESTINE BOWMAN | |
| PO BOX 855 | |
| WILMINGTON, NC  28402 | |
| DEBTOR | CHAPTER 13 |

### ORDER FOR TURNOVER OF VEHICLE

THIS MATTER coming on to be heard, and being heard, before the above-signed Bankruptcy Judge upon the Debtor's Motion for Turnover of Vehicle.

IT IS HEREBY ORDERED that One Main Financial Group, LLC ("One Main") return the Debtor's 2010 GMC Terrain within ten (10) days of the date of this Order.

End of Document